# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON, C47370, <br> Plaintiff, <br> v. <br> U.S. POSTMASTER GENERAL, et al., <br> Defendant(s). | Case No. 18-cv-00645-CRB (PR) <br><br> **ORDER OF TRANSFER** |

Plaintiff, a prisoner currently in the custody of the California Department of State Hospitals, has filed a pro se complaint under 42 U.S.C. § 1983 alleging that U.S. Postal Service worker Nixie, "who's employed at the Calif[ornia] Medical Facility located in Vacaville," intentionally mishandled and failed to process his mail "from 2015 to 2018." ECF No. 1 at 4-5. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the viable named defendant resides, in the County of Solano, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: February 2, 2018

_____
CHARLES R. BREYER
United States District Judge